IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIEZER RODRIGUEZ | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| CAROLYN W. COLVIN | : |
| *ACTING COMMISSIONER OF* | : |
| *SOCIAL SECURITY* | : NO. 14cv2401 |

O R D E R

**AND NOW**, this 15th day of April, 2015, upon consideration of Plaintiff's Motion for Summary Judgment, defendant's response, plaintiff's reply, and after careful review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's request for review is **DENIED**.

3. Judgment is entered in favor of the defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration and against the plaintiff, Eliezer Rodriguez.

                                                      s/William H. Yohn Jr.
                                                      William H. Yohn Jr., Judge